UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JACK ROBERTS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No: 3:17-cv-0387 Chief Judge Crenshaw |
| OFFICER COTHRON, | ) ) | |
| Defendant. | ) | |

**ORDER**

The Magistrate Judge has filed a Report and Recommendation (Doc. No. 11) recommending that this action be dismissed without prejudice for failure to effectuate service as required by Rule 4(m) of the Federal Rules of Civil Procedure. No objections have been filed.

Having reviewed the matter *de novo* as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, (1) the Report and Recommendation (Doc. No. 11) is hereby **ADOPTED** and **APPROVED**; and (2) Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court shall enter a final judgment.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE